Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-12-00031-CR

**IN RE** Myles Thomsen **HAMMON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Rebecca Simmons, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  February 8, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On January 17, 2012, relator Myles Thomsen Hammon filed a petition for writ of mandamus, complaining of the trial court's failure to rule on various *pro se* motions.  However, counsel has been appointed to represent relator in the criminal proceeding pending in the trial court for which he is currently confined.  A criminal defendant is not entitled to hybrid representation.  *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995).  A trial court has no legal duty to rule on *pro se* motions or petitions filed with regard to a criminal proceeding in which the defendant is represented by counsel.  *See Robinson*, 240 S.W.3d at 922.  Consequently, the trial court did not

---

[1] This proceeding arises out of Cause No. NM121921, styled *State of Texas v. Myles Thomsen Hammon*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Philip Kazen presiding.

abuse its discretion by declining to rule on relator's *pro se* motions filed in the criminal proceeding pending in the trial court. Accordingly, the petition for writ of mandamus is denied. Tᴇx. R. Aᴘᴘ. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH